**SENDER: COMPLETE THIS SECTION**

GREER M. LYNCH, CLERK
HUGO BLACK US COURTHOUSE
1729 5TH AVE NORTH
BIRMINGHAM AL 35203

1. Article Addressed to:

ALLSTAR RECOVERY, LLC
C/O REGISTERED AGENT
CAPITOL CORPORATE SERVICES, INC
2 NORTH JACKSON STREET, STE 605
MONTGOMERY AL 36104

9290 9000 0001 0005 0028 52

2. Article Number (Transfer from service label)
9214 7000 0001 0005 0028 58

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): Fletcher Ferguson
C. Date of Delivery: 4/28/23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[Stamp: 2023 MAY -3 A 9:24 U.S. DISTRICT COURT N.D. OF ALABAMA]

3. Service Type
☒ Certified Mail®
☐ Certified Mail® Restricted Delivery

PS Form 3811 Facsimile, July 2015           Domestic Return Receipt

UNITED STATES POSTAL SERVICE
MONTGOMERY AL 3▮▮

1 MAY 2023 PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



9290 9000 0001 0005 0028 52

GREER M. LYNCH, CLERK
HUGO BLACK US COURTHOUSE
1729 5TH AVE NORTH
BIRMINGHAM AL 35203

RE: 4:23-cv-00518-CLM

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| GREER M. LYNCH, CLERK<br>HUGO BLACK US COURTHOUSE<br>1729 5TH AVE NORTH<br>BIRMINGHAM AL 35203 | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)* Haleigh Ferguson   C. Date of Delivery 4/18/23 |
| 1. Article Addressed to:<br><br>AC AUTOPAY, LLC<br>C/O REGISTERED AGENT<br>COGENCY GLOBAL, INC.<br>2 NORTH JACKSON STREET, STE. 605<br>MONTGOMERY AL 36104<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9290 9000 0001 0005 0028 21 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>2023 MAY -3  A 9:24<br>U.S. DISTRICT COURT<br>N.D. OF ALABAMA |
| 2. Article Number *(Transfer from service label)*<br>9214 7000 0001 0005 0028 27 | 3. Service Type   ☒ Certified Mail®   ☐ Certified Mail®<br>                                              Restricted Delivery |

PS Form 3811 Facsimile. July 2015                Domestic Return Receipt

UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



9290 9000 0001 0005 0028 21

GREER M. LYNCH, CLERK
HUGO BLACK US COURTHOUSE
1729 5TH AVE NORTH
BIRMINGHAM AL 35203

RE: 4:23-cv-00518-CLM

Case 4:23-cv-00518-CLM    Document 4    Filed 05/03/23    Page 5 of 6

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| GREER M. LYNCH, CLERK<br>HUGO BLACK US COURTHOUSE<br>1729 5TH AVE NORTH<br>BIRMINGHAM AL 35203 | A. Signature<br>X *Kelly Webster* ☑ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>FILED    4-28-23 |
| 1. Article Addressed to:<br>CREDIT ACCEPTANCE CORPORATION<br>C/O REGISTERED AGENT<br>CORPORATION SERVICE COMPANY, INC.<br>641 SOUTH LAWRENCE ST.<br>MONTGOMERY AL 36104<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9290 9000 0001 0005 0028 14 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>2023 MAY -3 A 9:24<br>U.S. DIST. COURT<br>N.D. OF ALABAMA |
| 2. Article Number (Transfer from service label)<br>9214 7000 0001 0005 0028 10 | 3. Service Type  ☒ Certified Mail®  ☐ Certified Mail®<br>Restricted Delivery |

PS Form 3811 Facsimile, July 2015    Domestic Return Receipt

UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



9290 9000 0001 0005 0028 14

GREER M. LYNCH, CLERK
HUGO BLACK US COURTHOUSE
1729 5TH AVE NORTH
BIRMINGHAM AL 35203

RE: 4:23-cv-00518-CLM