# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

**MATTHEW ASH,**
    Plaintiff,

v.

**CREDIT ACCEPTANCE CORPORATION,** *et al.***,**
    Defendants.

**Case No.: 4:23-cv-518-CLM**

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have jointly stipulated to dismissal of this action with prejudice. (Doc. 18).

The parties **SHALL** bear their own costs and fees.

This case is **CLOSED**.

DATED: November 7, 2023

                         GREER LYNCH, CLERK

                         By: */s/* Sarah Hollingsworth

                         Deputy Clerk